

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ANTONIO RAFAEL TIRADO (1),<br><br>                    Defendant. | CASE NO. 15CR0449-BEN<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_     the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_     a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_     the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Indictment/Information:

TITLE 21 U.S.C. §841 and 846; TITLE 21 U.S.C. §841(a)(1).

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 27, 2015

Hon. Roger T. Benitez
U.S. District Judge